Forrest A. Plant, Jr. - 072266
Goldsberry, Freeman, Guzman & Ditora, LLP
777 12th Street, Suite 250
Sacramento, CA  95814
(916) 448-0448; fax (916) 448-8628

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL NOTES MUSIC, TOBAKI MUSIC, INC., FAMOUS MUSIC CORPORATION, MONTELL JORDAN MUSIC, LEVARS CRIBB MUSIC, INC., WB MUSIC CORP., DIVINE MILL MUSIC, UH OH ENTERTAINMENT, LONE MUSIC AND EMI APRIL MUSIC, INC.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>ETHEL MAE THOMAS and ROBERT LEE THOMAS, JR.,<br><br>　　　　　Defendants. | Case No. CIV.S-04-2512 FCD PAN<br><br>**STIPULATION FOR SETTLEMENT AND ENTRY OF JUDGMENT IN THE EVENT OF DEFAULT** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiffs Angel Notes Music, Tobaki Music, Inc., Famous Music Corporation, Montell Jordan Music, Levars Cribb Music, Inc., WB Music Corp., Divine Mill Music, Uh Oh Entertainment, Lone Music and EMI April Music, Inc. (hereinafter "Plaintiffs") and Ethel Mae Thomas and Robert Lee Thomas, Jr. (hereinafter "Defendants") as follows:

　　　　1.　　　Defendants stipulate that Defendants shall pay to ASCAP, on behalf of Plaintiffs, the sum of Six Thousand Dollars ($6,000.00) in settlement of certain claims of ASCAP and its

1

members.  The Defendants shall pay the settlement amount by an initial payment of $2,000 by no later than July 15, 2005 and a payment of the balance of $4,000 by no later than August 15, 2005.

2. This Stipulation is in settlement of all claims and causes of action by Plaintiffs against Defendants for infringements of copyrights by unauthorized non-dramatic public performances of Plaintiffs' copyrighted works, whether known or unknown, including, without limitation, the specific claims and causes of action as alleged in the complaint on file herein, for all periods through July 15, 2005.  Plaintiffs release all such claims and further waive the provisions of California Civil Code section 1542 which provides:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.

3. Contemporaneously with the execution of this Stipulation, ASCAP shall provide to Defendants a license agreement for the establishment known as Bobby T's Sports Bar in Sacramento, California, which will cover the one-year period commencing January 1, 2005. Defendants shall accept and execute said license agreement and comply with all terms and conditions of that license agreement.  License fees due under such license agreement for the year 2005 shall be paid immediately and are in addition to the settlement amount referred to above.

4. Failure of Defendants to make the payment on the date set forth in Paragraph 1 above will constitute a default of Defendants' obligations under this stipulation and will entitle Plaintiffs to judgment as hereinafter set forth.

5. In the event of any default or other occurrence upon which judgment may be entered, as set forth above, and upon seven days' written notice from ASCAP to Defendants' attorney, judgment shall be entered against Defendants in the amount of Six Thousand Dollars ($6,000.00) less the amount of any payment made pursuant to paragraph 1 above.

6. This action shall be dismissed with prejudice, subject to the right of Plaintiffs to move the court for an order reopening the action and entering judgment as provided in Paragraph 5 above.

**IT IS SO STIPULATED**.

**Defendant:**

Dated: _____  _____
ETHEL MAE THOMAS

**Defendant:**

Dated: _____  _____
ROBERT LEE THOMAS, JR.

**Plaintiffs:**

ANGEL NOTES MUSIC, et al.

Dated: _____  By: _____
RICHARD REIMER
ASCAP Vice-President, Legal Services

**APPROVED AS TO FORM:**

Dated: _____  Goldsberry, Freeman, Guzman & Ditora, LLP


By: _____
FORREST PLANT, JR.
Attorneys for Plaintiffs

Dated: _____  Kravitz Law Office


By: _____
JEFFREY S. KRAVITZ
Attorneys for Defendants

3

1
2  **IT IS SO ORDERED.**
3
4  Dated:  July 21, 2005                    /s/ Frank C. Damrell Jr.
                                            UNITED STATES DISTRICT COURT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION FOR SETTLEMENT AND ENTRY OF JUDGMENT IN THE EVENT OF DEFAULT